**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**BRADLEY C. BURCHFIELD** **PLAINTIFF**

**v.** **Case No. 4:22-cv-00861-LPR**

**ALIBABA GROUP HOLDING LIMITED, Alibaba, *et al*.** **DEFENDANTS**

**ORDER**

Mr. Burchfield initiated this case *pro se*, paid the filing fee, and now moves for the Court to issue summonses.[1] Mr. Burchfield's Motion for Summons (Doc. 2) is GRANTED; however, the issuance of summonses cannot yet be accomplished. It is Mr. Burchfield's responsibility to provide a valid service address for each Defendant.[2] Mr. Burchfield must do so before the Court can issue the summonses.

Mr. Burchfield has thirty days to provide the Court with valid service addresses for each Defendant. On Mr. Burchfield's compliance with this Order, the Clerk of Court is directed to issue summonses for the Defendants and return them along with a copy of his file-marked Complaint to Mr. Burchfield for completion of service. Under Federal Rule of Civil Procedure 4(c)(1) and (m), Mr. Burchfield must serve each Defendant with a copy of his Complaint and Summons within ninety-days of filing the Complaint. Mr. Burchfield is warned that failure to complete service within the allotted time may result in dismissal of his case. Local Rule 5.5(c)(2).

Dated, this 2nd day of November, 2022.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

[1] Pl.'s Mtn for Summons, Doc. 2.

[2] *See Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993) (*per curiam*).