FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 07 2022
TAMMY H. DOWNS, CLERK
By: DEP CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE

# EASTERN DISTRICT OF ARKANSAS

BRADLEY BURCHFIELD PLAINTIFF

V CASE NO 4:22-CV-00861-LPR

ALIBABA GROUP HOLDING DEFENDANTS

LIMITED, ALIBABA.COM, *et al.*

RESPONSE TO ORDER

Comes now the Plaintiff, Bradley C. Burchfield, and for a response to Judge Rusdofsky's order for the plaintiff to produce addresses for the defendants to allow the court to issue summons. Below the plaintiff has listed the addresses for each defendant. Additionally, the plaintiff has waited for the court to issue summons and believes the 90-day limit to serve tolls once the summons has been issued. If not, the plaintiff has been prejudiced on this aspect and asks for an extension to serve although the plaintiff has been in contact with a process server in California to serve the complaint and summons on the defendants. The addresses are below:

Alibaba Group Holding Limited, - 525 Almanor Ave., 4th Floor, Sunnyvale, CA 94085

525 Almanor Ave., 4th Floor

Sunnyvale, CA 94085

Alibaba.com, Jack Yun Ma, Joseph C. Tsai, - 400 South El Camino Real, San Mateo, CA 94402

Jonathan Zhaoxi Lu, Maggie Wei Wu,

David Zhang, Zichang New Materials (Shandong)

Co., Ltd, Erica Wang, Sweety Yin, Shaanxi Bloom Tech

Co., Ltd, Alex Vivi, Casey Zhao, Gera Vid So,

Bloomtechz.com, Shandong Look Chemical Company,

400 South El Camino Real, San Mateo, CA 94085

Timothy J. Shea-

Uttam Dhillon

ATTORNEY GENERAL OF THE UNITED STATES

UNITED STATES DEPARTMENT OF JUSTICE

950 Pennsylvania Avenue NW

Washington, DC 20530-0001

These are the addresses of the defendants, the address of the defendant's attorneys, the defendant's principal place of business and/or their business representatives principal place of business in the United States. The Plaintiff does not want to ask for an excessive amount of summons. A generic summons for the three addresses above would suffice for the plaintiff unless the court deems otherwise for a summon to issue to each named defendant. In addition, the "Alibaba defendants" have accepted bifurcated service of process to their attorney's emails in similar cases in the Southern District of New York. The Plaintiff would like to request a downloadable file of the summons/complaint to email to the defendants sent to burchfieldbradley123@icloud.com . The plaintiff has also looked into serving the summons by posting in a newspaper in California, but this is the most expensive route to take.

Also, what would be the cost of having the United States Marshals serve the summons and complaint, if that option is available.

Respectfully Submitted,

11/4/22 Bradley C. Burchfield

Bradley C. Burchfield

3201 W. Pullen St.

Pine Bluff, AR 71601

479-223-0038