IN THE UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF ARKANSAS

BRADLEY C. BURCHFIELD                                                                  PLAINTIFF

V.                                    CASE NO. 4:22-CV-861-LPR

ALIBABA.COM, LLC; ALIBABA GROUP (U.S.) INC.;

ET AL.                                                                                DEFENDANTS

MOTION FOR LEAVE TO AMEND

Comes now the Plaintiff, Bradley C. Burchfield, and for a motion for leave to amend the name of the "Alibaba.com, INC" to "Alibaba.com, LLC" as this is the correct name for that defendant. In addition, Alibaba Group Holding Limited also needs to be amended to read as "Alibaba Group (U.S.) INC.", these are the names listed on the Secretary of State of California's website for registered businesses in that state. Although, "Alibaba Group" is listed as an out-of-state stock corporation of Delaware they can be served at CT Corp in California.

The plaintiff does not intend to cause the court in excessive changes, but these veils used by these corporations are where most plaintiffs run into problems with process of service. Process Service Associates of California is avid that they can serve all of the plaintiffs at CT Corp for a very affordable price. The addresses of these respective defendants will remain the same.

WHEREFORE, the Plaintiff prays this motion will be granted and the clerk of the court will reissue a summons reflecting these changes to these defendants.

Respectfully Submitted,

Bradley C. Burchfield
3201 W. Pullen

11/15/22          Pine Bluff, AR 71601