# IN THE UNITED STATES DISTRICT COURT

# FOR THE

# EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 17 2022
TAMMY H. DOWNS, CLERK
By: ________ DEP CLERK

BRADLEY C. BURCHFIELD PLAINTIFF

V. CASE NO. 4:22-CV-861-LPR

ALIBABA.COM, LLC, ET AL DEFENDANTS

PROOF OF SERVICE

I, Jonathan Dunigan, performed service of process for the Plaintiff on 11/22/2022 pursuant to the California Code of Civil Procedure and the Federal Rules of Civil Procedure, by mailing the summons and complaint to the address of record for each defendant by registered/certified mail with return receipt/signature required. The tracking numbers for each package are listed below:

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 17 2022
TAMMY H. DOWNS, CLERK
By: ________ DEP CLERK

70212720000121011766 San Mateo Defendants

70212720000121011759 Alibaba Group Holding Limited

70212720000121011773 United States Attorney General

This first attempt at service may not be effective for the Alibaba Defendants as the mail parcel was addressed to Alibaba.com Inc which was terminated from standing by the Secretary of State of California and "Alibaba.com, LLC" was replaced and has a corporate firm representing the defendants for an agent for service. As Mr. Burchfield did contract me to perform the service to completion, I have reached out to a process service company in California that has extensive experience with the firm and are awaiting the results of the first service attempt. See attached correspondence with process server.

If the court will be patient service will be completed in due time.

I declare under penalty of perjury that the above statement is true and correct.

Respectfully Submitted,
Jonathan Dunigan
3201 W. Pullen St.
Pine Bluff, AR 71601

11/15/22

---------- Forwarded message ---------
From: **Bradley Burchfield** <burchfieldbradley123@icloud.com>
Date: Tue, Nov 15, 2022 at 8:21 AM
Subject: Fwd: Reply from Process Service Associates: Process of service
To: Burchfield Bradley <burchfieldbradley123@gmail.com>

Sent from my iPhone

Begin forwarded message:

**From:** Bradley Burchfield <burchfieldbradley123@icloud.com>
**Date:** November 14, 2022 at 9:19:39 PM CST
**To:** Process Service Associates <process_service_associates@yahoo.com>
**Subject: Re: Reply from Process Service Associates: Process of service**

Let me do some research but I think it would probably work. You take credit cards?

Sent from my iPhone

On Nov 14, 2022, at 12:35 PM, Process Service Associates <process_service_associates@yahoo.com> wrote:

I could try serving them through CT Corporation if you'd like.

Thank you,
- Chad Smith
Process Service Associates
17216 Saticoy Street #358
Van Nuys, CA 91406
Phone 1-800-799-5142
Fax 1-800-605-5144
www.psasocal.com
psa@psasocal.com

On Monday, November 14, 2022 at 10:30:11 AM PST, Bradley Burchfield <burchfieldbradley123@icloud.com> wrote:

Those individuals are the ceos and owners of the corporations or limited partnerships. They live in China. Most of them. All of them. Except Erica Wang had a post office box in Rosemead but the mail was returned undeliverable.

Sent from my iPhone

On Nov 14, 2022, at 12:25 PM, Process Service Associates <process_service_associates@yahoo.com> wrote:

Hi Bradley, all of the corporations listed ( if CT Corp is the agent )
**"should"** be served @ CT Corporation.

 Attached Pg 2-3

Then the Individual defendants (people) named in your lawsuit should be served at either their actual place of employment or residence address.

If you want them served in Sunnyvale. I can get that done for you but the cost is different than our special CT Corp rates.

( Alibaba )

| | |
|---|---|
| *Principal Address* | **525 ALMANOR AVE 4TH FL<br>SUNNYVALE, CA 94085** |

Thank you,
- Chad Smith
Process Service Associates
17216 Saticoy Street #358
Van Nuys, CA 91406
Phone 1-800-799-5142
Fax 1-800-605-5144
www.psasocal.com
psa@psasocal.com

On Monday, November 14, 2022 at 09:06:52 AM PST, Bradley Burchfield <burchfieldbradley123@icloud.com> wrote:

So really it would be 369.50 to serve the additional defendants not counting the first defendant and the last two.
<image0.jpeg>
<image1.jpeg>

Sent from my iPhone

> On Nov 14, 2022, at 9:32 AM, Process Service Associates <process_service_associates@yahoo.com> wrote:
>
> Good Morning Bradley,
> We serve at CT Corp almost everyday and offer a special of $49.50 for the 1st defendant and $20 for each additional defendant after.
>
> $69.50 would be the total cost for your case.
>
> When you are ready, please scan and email a complete set of documents to us and we will print 2 sets for you for service.
>
> Thank you,
>
> Chad Smith
> Process Service Associates
> 17216 Saticoy Street #358
> Van Nuys, CA 91406
> Phone 1-800-799-5142
> Fax 1-800-605-5144
> www.psasocal.com
> psa@psasocal.com

Attached Pg 3-3

On Sun, Nov 13, 2022 at 6:24 AM, Bradley Burchfield <burchfieldbradley123@icloud.com> wrote:

> I have two businesses in California that list CT Corp as their registered agent. Could you please give me some information on service of process? I paid a local firm here in Arkansas to send the complaint and summons registered mail but I feel like it will be returned.
>
> Bradley Burchfield
>
> Sent from my iPhone

<image1.jpeg>
<image0.jpeg>