Attached to Proof of Service 1 of 3

Burchfield v. Alibaba.com et al

4:22-cv-861-LPR

6:41
◂ Messages

LTE 77

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 18 2022
TAMMY H. DOWNS, CLERK
By: DEP CLERK

Tracking Number:

**70212720000121011766**

Remove ✕

Copy Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 11:28 am on November 17, 2022 in SAN MATEO, CA 94402.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Left with Individual**

SAN MATEO, CA 94402
November 17, 2022, 11:28 am

**Arrived at USPS Regional Destination Facility**

SAN FRANCISCO CA DISTRIBUTION CENTER
November 17, 2022, 3:09 am

**In Transit to Next Facility**

November 16, 2022

**Arrived at USPS Regional Origin Facility**

AA tools.usps.com

6:42
◂ Messages

LTE 77

Tracking Number:

Remove ✕

# 70212720000121011759

Copy Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:03 am on November 17, 2022 in SUNNYVALE, CA 94085.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

SUNNYVALE, CA 94085
November 17, 2022, 10:03 am

See All Tracking History

## Text & Email Updates

## USPS Tracking Plus®

## Product Information

tools.usps.com

6:42
◀ Messages

LTE 77

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

**70212720000121011773**

Copy Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at 4:56 am on November 17, 2022 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
November 17, 2022, 4:56 am

See All Tracking History

## Text & Email Updates

AA tools.usps.com