IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRADLEY C. BURCHFIELD                                                    PLAINTIFF

v.                              Case No. 4:22-CV-861-LPR

ALIBABA GROUP HOLDING
LIMITED, Alibaba, et al.                                                DEFENDANTS

## ORDER

Mr. Burchfield's Motion to Amend his Complaint (Doc. 6) for the limited purpose of correcting the named business entity is GRANTED. The Clerk is directed to update the docket sheet by making the following changes: (1) "Alibaba.com Inc" should be renamed "Alibaba.com, LLC" and (2) "Alibaba Group Holding Limited" should be renamed "Alibaba Group (U.S.) Inc." The Clerk is also directed to reissue summonses for these Defendants and return them along with a copy of the file-marked Complaint to Mr. Burchfield for completion of service. For good cause shown in Doc. 5, time to serve the Defendants is extended; the new deadline is 90 days from the date of this Order.

IT IS SO ORDERED this 6th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE