IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF ARKANSAS

Bradley Burchfield                                    PLAINTIFF

V.                          Case No 4:22-cv-861-LPR

Alibaba.com, et al                                    Defendants

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 27 2022
TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

Proof of Service

Here is proof of service for the Defendants listed on the forms.

                              Respectfully Submitted
12/22/22    Bradley Burchfield
                    3201 W. Pullen
                    Pine Bluff, AR 71601

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  ALIBABA GROUP (US) Inc

was received by me on *(date)*  12-19-2022  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  SARAI MARIN _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*  CT CORPORATION,

Agent for Service  on *(date)*  12-20-2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 49,50 for travel and $ 0 for services, for a total of $ 49,50 / 0.00 .

I declare under penalty of perjury that this information is true.

Date:  12-20-2022

_____
Server's signature

C. Smith, L.A. Co. Process Server
Printed name and title       2016184353

17216 Saticoy Street #358
Van Nuys CA. 91406
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)*   **ALIBABA.COM LLC**

was received by me on *(date)*    **12-19-2022**.

☐ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   **SARAI MARIN**   , who is

designated by law to accept service of process on behalf of *(name of organization)*

**NATIONAL REGISTERED AGENTS**   on *(date)*   **12-20-2022** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $  **49.50**  for travel and $  **∅**   for services, for a total of $   **49.50**   **0.00**  .

I declare under penalty of perjury that this information is true.

Date:   **12-20-2022**

*Server's signature*

C. Smith, L.A. Co Process Server
*Printed name and title*     2016184353

17216 Saticoy Street #358
Van Nuys CA. 91406
*Server's address*

Additional information regarding attempted service, etc: