**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 27 2022

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

4:22CV861-LPR

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X. ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*    C. Date of Delivery |
| 1. Article Addressed to:<br>Timothy J. Shea<br>Merrick Dillon<br>Atty. Gen. of the United States<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>NOV 17 2022 |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 7532 2098 2242 08 | 3. Service Type<br>☐ Adult Signature ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery ☐ Registered Mail™<br>☐ Certified Mail® ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery ☐ Signature Confirmation™<br>☐ Collect on Delivery ☐ Signature Confirmation Restricted Delivery<br>☐ Collect on Delivery Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7021 2720 0001 2101 1773 | Restricted Delivery |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |