# IN THE UNITED STATES DISTRICT COURT

**FILED**

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

# FOR THE

JAN **1 9** 2023

# EASTERN DISTRICT OF ARKANSAS

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

BRADLEY C. BURCHFIELD                                                PLAINTIFF

V.                             CASE NO. 4:22-CV-00861-LPR

ALIBABA.COM LLC,                            .                        DEFENDANTS

ALIBABA GROUP (US) INC. ET AL,


### NOTICE OF DEFAULT AND APPLICATION FOR CLERKS ENTRY OF DEFAULT JUDGMENT


        Comes now the Plaintiff, Bradley C. Burchfield, and for a NOTICE OF DEFAULT AND APPLICATION
FOR CLERKS ENTRY OF DEFAULT JUDGMENT against all remaining defendants including directors of the
DEA as it has been 60 days since process was made against those defendants by U.S. Mail. As of 1/18/23
there has been no response or answer from any defendant in this case to this Honorable Court or the
Plaintiff.
        As shown by previous affidavits/certificates of service the plaintiff has completed service on all
of the defendants.

WHEREFORE the Plaintiff prays this default be entered and for any other just relief to which he may be
entitled.

                                                        Respectfully Submitted,

                                                        *Bradley C. Burchfield*

01/19/23                                                3201 W. Pullen
                                                        Pine Bluff, AR 71601
                                                        479-223-0038