# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 19 2023
TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK

BRADLEY C. BURCHFIELD                                                    PLAINTIFF

V.                        CASE NO. 4:22-CV-00861-LPR

ALIBABA.COM LLC,                                                         DEFENDANTS

ALIBABA GROUP (US) INC., ET AL

## MOTION FOR DEFAULT JUDGMENT

Comes now the Plaintiff, Bradley C. Burchfield, and for a MOTION FOR DEFAULT JUDGMENT in the above-named case. As of 01/18/23 all of the named defendants have been served by a process server or by registered U.S. Mail, and evidence of this has been presented to the court. The defendants have not entered an appearance in this suit. The defendants never filed any answer or response to this court or to the plaintiff. The Plaintiff applied for a default judgment to be entered by the clerk, and now moves the court to enter a default judgment against the defendants.

If service has not been sufficiently completed as to all of the defendants the plaintiff pleads with the court to reissue the summons for the defendants in question, and the plaintiff will have them served by process instead of by mail.

WHEREFORE the Plaintiff prays this motion be granted and a default judgment be entered against the defendants for a sum certain of the amount requested in the original complaint, and for any and all other just relief to which he may be entitled.

01/19/23

Respectfully Submitted,

Bradley C. Burchfield

3201 W. Pullen

Pine Bluff, AR 71601

479-223-0038