IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS

BRADLEY C. BURCHFIELD,

    *Plaintiff*,

v.

ALIBABA.COM LLC, *et al.*

    *Defendants*.

No. 4:22-cv-00861-LPR

**<u>NOTICE OF APPEARANCE</u>**

    To the Clerk of this Court and all parties of record: Please take notice that Lisa M. Geary, with RMP, LLP, hereby enters her appearance in this case as counsel of record for Defendants Alibaba.com U.S. LLC[1] and Alibaba Group (U.S.) Inc., and certifies that she is admitted to practice in this Court. Through the filing of this appearance, the Defendants do not waive and expressly preserve their objections to jurisdiction and venue.

                  Respectfully submitted,

                  */s Lisa M. Geary*
                  Lisa M. Geary
                  RMP LLP
                  5519 Hackett St., Ste. 300
                  Springdale, AR 72762
                  (479) 443-2705
                  lgeary@rmp.law

                  *Counsel for Defendants Alibaba.com U.S. LLC and Alibaba Group (U.S.) Inc.*

---

[1] The Plaintiff names as a defendant "Alibaba.com LLC," which is a nonexistent entity. This appearance is made on behalf of Alibaba.com U.S. LLC based on the assumption that is the entity the Plaintiff intended to sue.

## <u>CERTIFICATE OF SERVICE</u>

I, Lisa M. Geary, hereby certify that on February 20, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send a notice of electronic filing and a copy of the filing to all counsel of record. I have also served a copy of this filing by Certified U.S. Mail on the following individuals, who have appeared in this action *pro se*:

Bradley C. Burchfield
3201 W. Pullen St.
Pine Bluff, AR 71601

*/s Lisa M. Geary*
Lisa M. Geary