**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

FEB 2 4 2023

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS

TAMMY H. DOWNS, CLERK

By: _____
DEP CLERK

BRADLEY C. BURCHFIELD,

    *Plaintiff,*

v.

    No. 4:22-cv-00861-LPR

ALIBABA.COM LLC, *et al.*

    *Defendants.*

## STIPULATION OF DISMISSAL

WHEREAS this lawsuit was filed on September 19, 2022;

WHEREAS the Plaintiff desires to voluntarily dismiss the lawsuit against all Defendants with prejudice;

WHEREAS Defendants Alibaba.com U.S. LLC[2] and Alibaba Group (U.S.) Inc. expressly deny the Plaintiff's allegations and do not waive their objections to personal jurisdiction and venue, but concur with the Plaintiff that dismissal is appropriate because no viable claim exists;

WHEREAS for the avoidance of doubt, no compensation in any form has passed directly or indirectly to the Plaintiff and no promise, understanding, or agreement to give any such compensation has been made;

NOW, THEREFORE, upon consent of the parties, IT IS HEREBY STIPULATED AND AGREED that this Action is dismissed against all Defendants with prejudice.

---

[2] The Plaintiff named as a defendant "Alibaba.com LLC," which is a nonexistent entity. This stipulation is submitted on behalf of Alibaba.com U.S. LLC based on the assumption that is the entity the Plaintiff intended to sue.

Dated: February 24, 2023                    **BRADLEY C. BURCHFIELD**

By:

Bradley C. Burchfield

*Plaintiff*   3201 W. Puller St.
Pine Bluff, AR 71601
479-223-0038
burchfieldbradley123@icloud.com

**RMP, LLP**

By:

Lisa M. Geary (2020102)
Timothy C. Hutchinson (2000030)
RMP, LLP
5519 Hackett St., Suite 300
Springdale, AR 72762
lgeary@rmp.law
thutchinson@rmp.law
(479) 443-2705

*Counsel for Defendants Alibaba.com U.S. LLC and
Alibaba Group (U.S.) Inc.*

2